NUMBER 13-05-572-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

MAXIMINO R. ALEMAN, ET AL.,                               Appellants,

 

                                           v.

 

UNION
CARBIDE CORPORATION, ET AL.,                    Appellees.

__________________________________________________________________

 

                  On appeal from the 319th
District Court

                           of Nueces
County, Texas.

__________________________________________________________________

 

                     MEMORANDUM OPINION

 

                  Before Justices Hinojosa, Rodriguez, and
Castillo

                             Memorandum Opinion Per Curiam

 

Appellants, MAXIMINO R. ALEMAN, ET AL., attempted to perfect an appeal from an
order entered by the 319th District Court of Nueces
County, Texas, in cause no. 01-02196-G.  The clerk=s record was received on March 16,
2006.  








A review of the clerk=s record in this cause
fails to  affirmatively reflect that this
Court has jurisdiction over this appeal. 
First, the record fails to reflect that the order from which this appeal
is taken is a final, appealable judgment. 
Second, it appears that several parties have filed suggestions of
bankruptcy; however, the record fails to reflect that any bankruptcy stay has
been lifted or the case otherwise remanded to the trial court.  Finally, it does not appear that the notice
of appeal was timely filed.  Pursuant to Tex. R. App. P. 42.3, notice of these
defects was given so that steps could be taken to correct the defects, if it
could be done.  Appellants were advised
that, if the defects were not corrected within ten days from the date of
receipt of this notice, the appeal would be dismissed for want of
jurisdiction.  Appellants failed to file
a response as requested by this Court=s notice. 

The Court, having
considered the documents on file and appellants= failure to respond to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 8th day of June, 2006.